UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY PARNASS,<br><br>                    Plaintiff,<br><br>            -against-<br><br> WILTON REASSURANCE LIFECOMPANY OF NEW YORK,<br><br>                    Defendant(s). | 24-CV-1951 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 2, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 17, 2024
           New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge